■ In the Matter of STATE OF NEW YORK, Respondent, v ANTHONY NERVINA, Appellant. (Appeal No. 2.) [990 NYS2d 429]—

Appeal from an order of the Supreme Court, Orleans County (James P. Punch, A.J.), entered May 8, 2013 in a proceeding pursuant to Mental Hygiene Law article 10. The order committed respondent to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of State of New York v Nervina* ([appeal No. 1] 120 AD3d 941 [2014]). Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.